# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SASCHA M. HUFER** and **SPECTRUM REALTY, LLC,**
Appellants,

v.

**TIERA DEL REY PROPERTY OWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D17-61

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 50-2014-CA-005557-XXXX-MB.

Ronald M. Gaché and Scott A. Simon of Shapiro, Fishman & Gaché, LLP, Boca Raton, for appellants.

Robert Rivas of Sachs Sax Caplan, P.L., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***